# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 25-0012V

GINGER TERRILL, personal representative of the ESTATE OF CAROL TERRILL,

       Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

       Respondent.

Chief Special Master Corcoran

Filed: October 23, 2025

*Bridget Candace McCullough, Muller Brazil, LLP, Dresher, PA, for Petitioner.*

*Tyler King, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On January 8, 2025, Ginger Terrill ("Petitioner") as personal representative of the estate of Carol Terrill, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that the deceased, Carol Terrill ("Ms. Terrill"), suffered a shoulder injury related to vaccine administration ("SIRVA), as the result of an influenza ("flu") vaccination Ms. Terrill received on or about October 20, 2022. Petition at 1. Petitioner further alleges that Ms. Terrill suffered the residual effects of her condition for more than six months. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On October 22, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that "Ms. Terrill's alleged injury is consistent with SIRVA as defined by the Vaccine Injury Table. Specifically, Ms. Terrill had no history of pain, inflammation, or dysfunction of her right shoulder prior to vaccination; pain occurred within forty-eight hours after receipt of an intramuscular vaccination; pain and reduced range of motion were limited to the shoulder in which the vaccine was administered; and no other condition or abnormality has been identified to explain Ms. Terrill's shoulder pain." *Id.* at 4-5. Respondent further agrees that Ms. Terrill suffered the residual effects of her condition for more than six months. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master